Motion Denied.
*/s/ John R. Adams*
U.S. District Judge
March 10, 2026

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF ABYESH THULUNG, DECEASED, BY AND THROUGH KUMARI GURUNG, ADMINISTRATOR OF THE ESTATE, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> AKRON PUBLIC SCHOOLS DISTRICT BOARD OF EDUCATION, et al., <br><br> Defendants. | CASE NO.  5:25-CV-00374 <br><br> JUDGE JOHN R. ADAMS <br><br> MAGISTRATE JUDGE AMANDA M. KNAPP <br><br> **STIPULATED MOTION TO SEAL** |

Now come Defendants Akron Public Schools District Board of Education, Dr. Michael Robinson, Amanda Morgan, Denise Behary, Jessica Farell, Sheneeka Rodgers, Kasey Jones and Kallie Walker, by and through the undersigned counsel, and with the consent and approval of Plaintiffs' counsel, pursuant to Local Rule 5.2, move this Court for an Order permitting the Complaint filed on February 26, 2025 to be replaced with a version containing limited redactions and sealing the originally filed Complaint.

Paragraph 37 in the Complaint makes reference to social media posts and/or comments, including both the content and the social media profile usernames. Upon information and belief, these social media profile usernames are pseudonyms for minors. Although no names of minors are in the Complaint, Defendants have reason to be concerned that the content of this paragraph could lead to the identification of minors via these social media pseudonyms.

The Privacy Policy of the United States District Court for the Northern District of Ohio